United States Bankruptcy Court
Middle District of Florida

In re:  
Arthur Lamb  
Cheryl Lamb  
    Debtors

Case No. 13-00925-KSJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-6    User: ORL-Intak    Page 1 of 1    Date Rcvd: Feb 06, 2020  
                  Form ID: Doclose    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.  
ust        +Guy A Van Baalen,  Assistant U.S. Trustee,  Office of the U.S. Trustee, Region 21,  501 East Polk Street, Suite 1200,  Tampa, FL 33602-3945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:

        Brian J Dilks    on behalf of Creditor Brian J. Dilks cmecf@dilksknopik.com  
        Keith D Collier    on behalf of Joint Debtor Cheryl  Lamb collier@keithdcollier.com  
        Keith D Collier    on behalf of Debtor Arthur  Lamb collier@keithdcollier.com  
        Keith D. Collier    on behalf of Joint Debtor Cheryl  Lamb collier@keithdcollier.com, keithdcollieroffice@gmail.com;aaronpreston1@outlook.com  
        Keith D. Collier    on behalf of Debtor Arthur  Lamb collier@keithdcollier.com, keithdcollieroffice@gmail.com;aaronpreston1@outlook.com  
        Laurie K Weatherford    ecfdailysummary@c13orl.com  
        Laurie K Weatherford    on behalf of Trustee Laurie K Weatherford ecfdailysummary@c13orl.com  
        Neisi I Garcia Ramirez    on behalf of Creditor   U.S. Bank Trust National Association neisi.garciaramirez@brockandscott.com, FLBKECF@brockandscott.com;WBECF@brockandscott.com  
        Thomas  Lobello, III    on behalf of Creditor   Chancellor's Learning Systems, Inc. tl@rolfelaw.com, toliver@rolfelaw.com

                                                                                           TOTAL: 9

[Doclose] [Order Closing]

ORDERED.

**Dated: February 6, 2020**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:13–bk–00925–KSJ
Chapter 13

Arthur Lamb
aka Arthur Chip Lamb
aka Arthur C Lamb
aka Arthur N Lamb
aka Arthur Norman Lamb
aka Arthur N Lamb Jr.
aka Arthur N Lamb Sr.

Cheryl Lamb
aka Cheryl L Lamb
aka Cheryl Lynn Lamb

_____Debtor*_____/

## ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, CANCELING BOND, AND CLOSING ESTATE

The Court finds that the Trustee in the above–captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate. Accordingly, it is

**ORDERED:**

1. The account of the Trustee is approved and allowed, the estate is fully administered, and the estate is closed.

2. The Trustee is discharged from and relieved of the trust, the bond of the Trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

3. All motions/objections/applications that have not been resolved are denied as moot.

4. The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.

*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.